# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re: | CHAPTER # 7 |
|---|---|
| RANDY WESLEY GRAHAM<br>JANET S. GRAHAM<br>Debtor(s). | BANKRUPTCY # 07-21106  |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

___A  The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

_X_ B  The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| Questar Gas Company<br>Bankruptcy DNR 244<br>1140 West 200 South<br>PO Box 3194<br>SLC, UT 84110 | $1.55 |
| Comprehensive Imagining Services<br>PO Box 635051<br>Cincinnati, OH 45263-5051 | $2.01 |

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$3.56** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 3rd day of February, 2010.

                                                    /s/
                                        Steven R. Bailey, Trustee